UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **RONALD EARL WILLIAMS,** **Petitioner** | **CIVIL ACTION NO. 5:18-CV-1139-P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **WARDEN,** **Respondent** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 16), and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 28th____ day of __May_____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE